JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>CHIHIRO TAMAKI;<br>MIOK TAMAKI;<br>MK & DK, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 5:15-CV-00663-VAP-KK<br><br>**ORDER** |

### **ORDER**

The Court hereby vacates all currently set dates, and dismisses the action with prejudice, with the Court to retain jurisdiction for 60 days for the purpose of enforcing the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: June 10, 2015     _____
                                          HONORABLE VIRGINIA A. PHILLIPS
                                          United States District Court Judge